UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JAMIE GEORGE and JAMES GEORGE,

                                     Plaintiffs,

                   -against-

THE CITY OF NEW YORK, et al.,

                                     Defendants.

-------------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

12-CV-3477 (FB)(RLM)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

COHEN & FITCH LLP
*Attorneys for Plaintiffs*
233 Broadway, Suite 1800
New York, New York 10279

_____
Gerald Cohen

Dated: New York, New York
             _____, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007

_____
Matthew J. Modafferi
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE